[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED** LK
6/28/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**RECEIVED**
APR 29 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jordon A Parker

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C.O. Fern
C.O. Saleski
_____
_____
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:22-CV-2237
Judge Pallmeyer
Magistrate Judge Valdez
PC2 Direct Assignment

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Jordon Parker
   B. List all aliases: N/A
   C. Prisoner identification number: 20210212004 (cook county) / M32753 (IDOC)
   D. Place of present confinement: Big Muddy River
   E. Address: 251 N. Illinois Highway 37 Ina Illinois 62846

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: C.O. Fern
      Title: Correctional Officer
      Place of Employment: Cook County Jail
   B. Defendant: C.O. Saleski
      Title: Correctional Officer
      Place of Employment: Cook County Jail
   C. Defendant: ___
      Title: ___
      Place of Employment: ___

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was pulled out of my bed while I was sleeping and ankle shakled and hand cuffed while officer Fern piled on my back, then I was dragged to the 2 North entrance door and taken down the hallway to the elevator and tripped up by c.o. Fern and stomped on by both officers and kicked in my ribs and back then thrown onto the elevator my face was pushed against the wall while officer saleski held me in cuffs officer Fern punched me in my face on my left and right cheeks. I couldn't protect myself. I was in restraints and punched in my right ribs by C.O. Fern then I was taken to a holding cell in cermak waiting bullpin. I returned to 2 North after shift change.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm seeking for both officers to lose their careers as a cook county Sheriff correctional officer. I'm seeking Monetary Relief

VI. The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __18__ day of __April__, 20__22__

_____
(Signature of plaintiff or plaintiffs)

__Jordon A Parker__
(Print name)

__M32753__
(I.D. Number)

__251 N. Illinois Highway 37__
__Ina, IL, 62846__
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Jordon Parker M32753
Big Muddy River
251 N. Illinois Highway 37
Ina, IL 62846


04/29/2022-6

United States District Court
219 S. Dearborn Street,
20th Floor, Chicago IL 60604

1:22-CV-2237
Judge Pallmeyer
Magistrate Judge Valdez
PC2 Direct Assignment

IDOC OFFENDER MAIL

US POSTAGE
$ 002.56°
ZIP 62846
02 4W
0000379096 APR 25 2022